BEFORE THE FIRST DIVISION, AUGUST 22, 1966

**No. P66/195.**—Tokyo Trading Co., Inc. *v.* United States, protest 65/11152 (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of vinyl ornaments similar in all material respects to those the subject of *Zenith Novelty Co. et al.* v. *United States* (49 Cust. Ct. 215, Abstract 67011), the claim of the plaintiff was sustained.

**No. P66/196.**—Wm. Shaland Corp. *v.* United States, protest 64/8935 (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of camera viewers similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (46 Cust. Ct. 316, Abstract 65082), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 22, 1966

**No. P66/197.**—Kwan Yuen Co. *v.* United States, protest 59/21666 (Los Angeles).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of harvest hats valued at less than $3 per dozen, which are not blocked, trimmed, or sewed, similar in all other material respects to those the subject of *Bailey-Mora Co., Inc., a/c Vera Lou, Inc., et al.* v. *United States* (54 Cust. Ct. 55, C.D. 2508), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 22, 1966

**No. P66/198.**—Arnart Imports, Inc. *v.* United States, protests 64/8993, etc. (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of statuary, sculptures, and/or copies, replicas, or reproductions thereof, valued at not less than $2.50 each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.